706

COMMONWEALTH of Pennsylvania,
Respondent

v.

Saeed CLARK, Petitioner.

Supreme Court of Pennsylvania.

Nov. 30, 2011.

### *ORDER*

PER CURIAM.

And now, this 30th day of November, 2011 the Petition for Allowance of Appeal is hereby **DENIED.**

The Motion to Withdraw as Counsel filed by Attorney Barbara A. McDermott is hereby **GRANTED.**